UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-8701-MWF(JPRx)**                    Dated: **August 13, 2015**

Title:     Donald Harang -*v*- Midland Credit Management, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| None Present | None Present |
|---|---|

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed August 12, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **September 21, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                    Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-